Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletree.com
Jesse C. Ferrantella CA Bar No. 279131
jesse.ferrantella@ogletree.com
Katie M. Greenbaum CA Bar No. 312379
katie.greenbaum@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA 92122
Telephone: 858-652-3100
Facsimile: 858-652-3101

Attorneys for Defendants CINTAS CORPORATION NO. 2 and CINTAS CORPORATION,

Matthew J. Ruggles (SBN173052)
Matthew J. Ruggles (SBN 367972)
RUGGLES LAW FIRM
A PROFESSIONAL CORPORATION
7940 California Avenue
Fair Oaks, CA 95628
Telephone: (916) 758-8058
mruggles@ruggleslawfirm.com

Attorney For Plaintiff TINO T. NGUYEN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

TINO T. NGUYEN,

Plaintiff,

v.

CINTAS CORPORATION NO. 2, A NEVADA CORPORATION; CINTAS CORPORATION, A WASHINGTON CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE,

Defendants.

Case No. 2:26-cv-02332-DJC-SCR

**JOINT STIPULATION AND ORDER TO SUBMIT PLAINTIFF'S CLAIMS TO BINDING ARBITRATION**

Complaint Filed: July 1, 2026
Trial Date: None Set

District Judge: Hon. Daniel J. Calabretta
Magistrate Judge: Sean C. Riordan

Plaintiff TINO T. NGUYEN ("Plaintiff") and Defendants CINTAS CORPORATION NO. 2 and CINTAS CORPORATION (collectively, "Defendants"; and, together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby jointly present this Stipulation.

WHEREAS, on July 25, 2025, Plaintiff executed and agreed to be bound by Cintas Corporation's Employment Arbitration Agreement (the "Agreement"). A true and correct copy of this Agreement is attached hereto as **Exhibit A**.

WHEREAS, the Agreement contains a binding arbitration provision requiring the arbitration of any disputes arising out of or related to Plaintiff's employment or work with Cintas Corporation, including without limitation application for employment, employment or termination. (See Exhibit A, p.1, ¶ 1-2.)

WHEREAS, on or about July 1, 2026, Plaintiff filed a lawsuit in the United States District Court Eastern District of California Case No. 2:26-cv-02332-DJC-SCR alleging eight causes of action against Defendants ("Complaint"). Specifically, Plaintiff alleges (1) wrongful termination; (2) failure to pay minimum wages; (3) failure to pay overtime; (4) failure to pay all wages; (5) failure to reimburse business expenses; (6) failure to provide accurate itemized wage statements; (7) waiting time penalties; and (8) unfair business practices.

WHEREAS, the Parties have agreed to utilize binding arbitration with respect to Plaintiff's claims set forth in the Complaint.

WHEREAS, the Parties will select an arbitrator in the manner set forth in the Agreement.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. Plaintiff shall submit all his claims asserted in his Complaint to binding arbitration in accordance with the terms of the Employment Arbitration Agreement between the Parties in **Exhibit A**;
2. The action is stayed pending the outcome of the arbitration;

3. The Parties agree that the California Code of Civil Procedure shall govern all motions permitted under the Agreement, subject to the Arbitrator setting the time period and briefing schedule for any such motion.
4. Defendants shall pay all arbitration invoices within thirty (30) days of receipt; and
5. This Court shall retain jurisdiction over the case for purposes of enforcing any arbitration award until it reaches a final resolution, at which time the Parties shall thereby inform the Court.

DATED: August 24, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Katie M. Greenbaum*
Spencer C. Skeen
Jesse C. Ferrantella
Katie M. Greenbaum
Attorneys for Defendants CINTAS CORPORATION NO. 2 and CINTAS CORPORATION,

DATED: August 24, 2026

RUGGLES LAW FIRM
A PROFESSIONAL CORPORATION

By:
/s/ *Matthew J. Ruggles*
Matthew J. Ruggles
Attorney For Plaintiff
TINO T. NGUYEN

# ORDER

Having considered the Parties' Joint Stipulation to Submit Plaintiff's Claims to Binding Arbitration, and good cause appearing, the Court hereby orders that:

1. Plaintiff shall submit all of his claims as asserted in his Complaint to binding arbitration in accordance with the terms of the Employment Arbitration Agreement in **Exhibit A**;
2. This action is STAYED pending the outcome of the arbitration and all deadlines are VACATED except Arbitration Status Conferences; and
3. The Clerk of Court shall administratively close this case.

**IT IS SO ORDERED.**

Dated: August 24, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE